In the Matter of GEORGE I. McINROY, et al., Appellants, v. A. CARL GRUNEWALD et al., Constituting the Board of Appeals of the Town of Oyster Bay, Respondents.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

In the Matter of PETER G. MOORE et al., Appellants-Respondents, v. GEORGE D. BURCHELL et al., Constituting the Town Board of the Town of Mamaroneck, Respondents, and GREW PROPERTIES, INC., Respondent-Appellant. —

Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

(A) In the Matter of CARLOS MONGE and Another, Infants, by SUSIE MONGE, Their Guardian ad Litem, et al., Appellants, v. NEW YORK CITY HOUSING AUTHORITY, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS KAISER, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

In the Matter of the Probate of the Will of NELLIE R. SAUNDERS, Deceased. HELEN END, Appellant; JOHN GREEN, Respondent.—

Saul S. Goldman and Isadore B. Hurwitz, Esqs., 1780 Broadway, New York 19, New York, having consented to act without compensation, are assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

In the Matter of ADAM USHEROWITZ, Appellant, v. MAX H. FOLEY et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

In the Matter of JULIUS A. WEEKES, Appellant, v. JOHN F. O'CONNELL et al., Individually and Constituting the State Liquor Authority, Respondents.— Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

In the Matter of the Estate of LUCY E. WHEELER, Deceased. In the Matter of the Accounting of ROBERT P. SMITH, as Executor of LUCY E. WHEELER, Deceased, Respondent. MYRTLE G. ELY et al., Appellants; JANE HINKLEY et al., Respondents.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.